FILED



AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By US Marshals Service E/KY at 3:48 pm, Jan 13, 2022

2022 MAR -7 AM 9:05

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

|  |  |
|---|---|
| United States of America<br>v.<br><br>ELIZABETH COLMENERO<br>2029 S 69th E Avenue<br>Tulsa, OK 74112<br>DOB: 03/23/1996<br>SSN: ███████<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:22-cr-8-DLB-CJS

22MJ00919

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **ELIZABETH COLMENERO**                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21/846 Conspiracy to distribute fentanyl
21/841 Distribution of fentanyl

Date:      01/13/2022

                                                                    _____
                                                                    *Issuing officer's signature*

City and state:     Covington, Kentucky                    Robert R. Carr by Tammy J. Ziegelmeyer, Deputy Clerk
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                          _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |